FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 25, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LISA SAMSON, a married woman,<br><br>Plaintiff,<br><br>v.<br><br>PREFERRED FREEZER SERVICES OF RICHLAND LLC,<br><br>Defendant. | No.  4:19-cv-05004-SMJ<br><br>**ORDER DISMISSING CASE** |

On October 25, 2019, the parties filed a stipulated dismissal, ECF No. 22. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED**:

**1.** The parties' Stipulation and Order of Dismissal, with Prejudice and Without Fees or Costs, **ECF No. 22**, is **ACKNOWLEDGED** and **GRANTED**.

**2.** All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

**3.** All pending motions are **DENIED AS MOOT**.

**4.** All hearings and other deadlines are **STRICKEN**.

**5.** The Clerk's Office is directed to **CLOSE** this file.

ORDER DISMISSING CASE **-** 1

1     **IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and

2 provide copies to all counsel.

3     **DATED** this 25th day of October 2019.

*[signature]*
_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE **-** 2